**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: August 31, 2018**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:18–bk–03163–CCJ
                                                                          Chapter 7
David William Hill
dba Yuneek Products


_____ Debtor* _____/


### ORDER ABATING REAFFIRMATION AGREEMENT BETWEEN DEBTOR AND SEACOAST BANK

THIS CASE came on for consideration, without hearing, of the Reaffirmation Agreement Between Debtor and Seacoast Bank by Debtor , Doc. # 10 . After a review of the reaffirmation agreement , the Court determines that it is deficient as follows:

The Reaffirmation Agreement does not include a signature of both the Debtor and Creditor. Enter fee amount due or delete this text

Accordingly it is

***ORDERED:***

Consideration of the reaffirmation agreement is abated until the deficiency is corrected.


The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.